Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**ARTHUR PORTER**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**NATIONAL VISION, INC.**,

Defendant.

Case No. 1:26-cv-06271-KES-EGC

**] ORDER GRANTING STIPULATION FOR EXTENSION OF DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**

**Doc. 6**

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

**ORDER**

The Court is in receipt of the parties' Stipulation to Extend Time for Defendant to Respond to Plaintiff's complaint. (Doc. 6). Pursuant to the parties' stipulation, and for good cause shown, the time for Defendant National Vision, Inc. to respond to Plaintiff's complaint, (Doc. 1), is **EXTENDED**. **Defendant SHALL file their response by no later than October 19, 2026**.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Erin Sanz Castillo

UNITED STATES MAGISTRATE JUDGE